1  MICHAEL M. EDWARDS
   Nevada Bar No. 006281
2  SHERI M. SCHWARTZ
   Nevada Bar No. 008657
3

                  LEWIS BRISBOIS BISGAARD & SMITH LLP
4                      400 South Fourth Street, Suite 500
                          Las Vegas, Nevada 89101
5                              (702) 893-3383
                           FAX: (702) 893-3789
6

7  PAUL V. KAULAS, Pro Hac Vice
   Illinois Bar No. 6184224
8  McVey & Parsky, LLC
   30 North LaSalle, Suite 2100
9  Chicago, IL  60602
   Phone: (312) 551-2130

10 Attorneys for Defendants, TRICAM INDUSTRIES, INC.
   sued erroneously herein as RMM Corporation, Inc., a
11 Minnesota corporation doing business as
   TRICAM INDUSTRIES and HOME DEPOT, U.S.A., INC.
12

13

14             UNITED STATES DISTRICT COURT

15             NORTHERN DIVISION, NEVADA

16

17 ELIZABETH STEIDLEY, Special Administratrix        CASE NO. 3:05-cv-0103-LRH-RAM
   for the Estate of Roy Steidley,
18
              Plaintiff,
19
        v.
20
   RMM CORPORATION, INC. a Minnesota
21 corporation doing business as TRICAM
   INDUSTRIES; HOME DEPOT U.S.A., INC.,
22
              Defendants.
23

24    STIPULATION AND ORDER GRANTING EXTENSION TO DEFENDANTS
        IN WHICH TO FILE REPLY IN SUPPORT OF MOTION TO BAR
25       TESTIMONY OF JOSEPH BALSER TO OCTOBER 27, 2006

26        IT IS HEREBY STIPULATED by and between the parties through their attorneys

27 of record in the above-entitled action that an extension has been granted to Defendants to and

28 including October 27, 2006 in which to file their Reply In Support of Motion To Bar the

   4818-2134-3745.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
400 SOUTH FOURTH STREET SUITE 500
LAS VEGAS, NEVADA 89101
TELEPHONE (702) 893-3383

1    Testimony of Joseph Balser.

2    DATED this ᴗᴥ day of October, 2006.      DATED this 23 day of October, 2006

3    Bradley Drendel & Jeanney            Lewis Brisbois Bisgaard & Smith LLP

4

5    Thomas E. Drendel                  Michael M. Edwards, Nevada Bar No. 006281

6    401 Flint Street                    Sheri M. Schwartz, Nevada Bar No. 008657

7    PO Box 1987                         400 South Fourth Street, Suite 500
   Reno, NV  89505                    Las Vegas, NV  89101

8    Attorney for Plaintiffs               Attorney for Defendants
   ROY STEIDLEY and                 TRICAM INDUSTRIES, INC.

9    ELIZABETH STEIDLEY           sued erroneously herein as RMM Corporation, Inc., a
                                         Minnesota corporation doing business as

10                                    TRICAM INDUSTRIES and HOME DEPOT,
                                   U.S.A., INC.

11

12                              **ORDER**

13        IT IS HEREBY ORDERED that Defendants shall have to and included October 27,

14    2006 in which to file their Reply In Support of their Motion To Bar Testimony of Joseph Balser in

15    the above-entitled action, <u>Steidley v. Tricam, et al.</u>, Case 3:05-cv-0103-LRH-RAM.

16        DATED this 24th day of October, 2006.

17

18

19

20        LARRY R. HICKS
       UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

4818-2134-3745.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
400 SOUTH FOURTH STREET, SUITE 500
LAS VEGAS, NEVADA 89101
TELEPHONE (702) 893-3383